## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 30, 2013

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 12-15633-EE
Case Style: Neal Cobb v. City of Roswell, GA
District Court Docket No: 1:11-cv-00446-AT

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Lois Tunstall, EE
Phone #: (404) 335-6224

MOT-2 Notice of Court Action

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 12-15633-EE

NEAL EDWARD COBB,

        Plaintiff - Appellant,

versus

CITY OF ROSWELL, GEORGIA,
through Jere Wood, Mayor in his official capacity,

        Defendant - Appellee.

Appeal from the United States District Court
for the Northern District of Georgia

ORDER:

The motion of Appellant, Neal Edward Cobb, for stay of the issuance of the mandate pending petition for writ of certiorari is DENIED.

/s/ [signature]
UNITED STATES CIRCUIT JUDGE

ORD-45